UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5: 14-CR-147-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| QUENTIN DEVONE WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant and for good cause shown, the document docketed at number 39 on CM/ECF is hereby SEALED.

This 10 day of March, 2015.

*Terrence Boyle*